# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 17-20296
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
April 17, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

JAVIER XAIVER PERALES-MARINA, also known as Javier Perales, also known as Jesus Xavier Pereales Marina, also known as Jesus J. Perales, also known as Jesus Xaiver Perales-Marina, also known as Jesus Xaiver Perales-Valdez, also known as Jesus Xaiver Perales Valdez, also known as Jesus Javier Perales, also known as Javier Perales-Valdez, also known as Xaiver Perales, also known as Xavier Peralez,

Defendant - Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:16-CR-509-1

Before DAVIS, HAYNES, and COSTA, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Javier Xaiver Perales-Marina has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States*

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-20296

*v. Flores*, 632 F.3d 229 (5th Cir. 2011).  Perales-Marina has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein.    We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.    Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.